# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) MDL No. 2:18-mn-2873-RMG<br><br>This document relates to:<br>    *No. 2:22-cv-01649-RMG* |

## NOTICE OF APPEARANCE

Please take notice that I. Andrew Goldberg, an attorney with the Office of the Attorney General for the Commonwealth of Massachusetts, hereby enters his appearance as counsel of record for Plaintiff Commonwealth of Massachusetts in the case *Commonwealth of Massachusetts v. 3M Company, et al.*, No. 2:22-cv-01649-RMG (D.S.C.).

Dated: June 13, 2022                           Respectfully submitted,

                                                             */s/ I. Andrew Goldberg*
                                                             I. Andrew Goldberg
                                                             Assistant Attorney General
                                                             OFFICE OF THE ATTORNEY GENERAL
                                                             One Ashburton Place, 18th Floor
                                                             Boston, Massachusetts 02108
                                                             (617) 727-2200
                                                             (617) 727-9665 (facsimile)
                                                             andy.goldberg@mass.gov

                                                             *Attorney for Plaintiff Commonwealth of Massachusetts*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2022, the foregoing document was filed with the Court through the CM/ECF system and a copy thereof was served via the CM/ECF system upon all counsel of record.

                                                 */s/ I. Andrew Goldberg*
                                                 I. Andrew Goldberg